IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCHUMAN AVIATION COMPANY, LTD., dba MAKANI KAI HELICOPTERS,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant and Counterclaim Plaintiff. | CIVIL 08-00289-SOM-BMK<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 31, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT DEFENDANT'S BILL OF COSTS BE GRANTED," docket entry no. 63, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 21, 2011.



      /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

SCHUMAN AVIATION COMPANY, LTD., dba MAKANI KAI HELICOPTERS v. UNITED STATES OF AMERICA; CIVIL 08-00289-SOM-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION